THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALEXANDER KALINOWSKI, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 1, 1928; decided June 19, 1928.)

APPEAL from a judgment of the Supreme Court, rendered January 18, 1928, at a Trial Term for the county of Cayuga, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Charles T. Whelan* for appellant.

*Benn Kenyon, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.